Alvah Armstrong, Appellant, *v.* Michael Boomansour, Respondent.

(Argued November 22, 1929; decided December 6, 1929.)

*John W. Hollis* and *Wilbur F. Knapp* for appellant.
*James S. Drake, Jr.,* and *George J. Moore* for respondent.

Judgment affirmed, with costs; no opinion.

Concur: Pound, Crane, Lehman, Kellogg and O'Brien, JJ. Not sitting: Cardozo, Ch. J., and Hubbs, J.